No. 885. Silsby *v.* Louisiana. 
 Motion submitted March 24,
1934. Decided April 2, 1934. *Per Curiam:* The motion
for leave to proceed further herein *in forma pauperis* is
denied. The appeal is dismissed for the want of juris-
diction. Section 237 (a) Judicial Code, as amended by
the Act of February 13, 1925 (43 Stat. 936, 937). Treat-
ing the papers whereon the appeal was allowed as a peti-
tion for writ of certiorari as required by § 237 (c) Judicial
Code as amended (43 Stat. 936, 938), certiorari is denied.
*Mr. H. P. Viering* for appellant. No appearance for ap-
pellee. 

No. 857. Ralph Sollitt & Sons Construction Co. *v.*
Virginia. 
 Jurisdictional statement submitted March 24,
1934. Decided April 2, 1934. *Per Curiam:* The appeal
herein is dismissed for the want of a substantial federal
question. *Ohio River Contract Co. v. Gordon,* 244 U.S.
68, 71, 72; *Gromer* v. *Standard Dredging Co.,* 224 U.S. 362,
371, 372; *Equitable Life Assurance Society* v. *Brown,* 187
U.S. 308, 311; *Wabash R. Co.* v. *Flannigan,* 192 U.S. 29;
*Roe* v. *Kansas,* 278 U.S. 191; *American Baseball Club* v.
*Philadelphia,* 290 U.S. 595. *Mr. John L. Abbot* for appel-
lant. *Messrs. W. W. Martin* and *Henry R. Miller, Jr.,* for
appellee. 